

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2015

No. 04-15-00041-CV

**TEMPLETON MORTGAGE CORP**.,
Appellant

v.

Gary **POENISCH**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 10-422-A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellee's second motion for extension of time is GRANTED. Appellee's brief is due on August 21, 2015. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court